UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WM CAPITAL PARTNERS 85, LLC,<br><br>       **Plaintiff,**<br><br>       v.<br><br>CASHMAN EQUIPMENT CORP.;<br>CASHMAN SCRAP & SALVAGE, LLC;<br>SERVICIO MARINA SUPERIOR LLC;<br>and JAMES M. CASHMAN,<br><br>       **Defendants.** | Civil Action No.<br>23-11658-FDS |

**ORDER ON PLAINTIFF'S MOTIONS TO COMPEL SPECIFIC PERFORMANCE OF SHIP MORTGAGES AND CHARTER ASSIGNMENT, COMPEL TURNOVER OF <u>CHARTER REVENUE, AND ESTABLISH VESSEL SALE PROCESS</u>**

**SAYLOR, C.J.**

      Upon motion of plaintiff WM Capital Partners 85, LLC, and for good cause shown, specific performance of ship mortgages shall be accomplished, and the charter revenue shall be turned over, as follows.

      1. Defendants shall immediately pay to WM Capital Partners 85, LLC ("WM Capital Partners") by wiring instructions to be provided by WM Capital Partners, all proceeds in its possession, custody, or control that have been generated by the mortgages on the following vessels:

           A. the U.S.-flag barge named JMC 3010, Official No. 1239413 (the "JMC 3010");

           B. the U.S.-flag barge named JMC 3011, Official No. 1239414 (the "JMC 3011");

           C. the U.S.-flag barge named JMC 2600, Official No. 1239411 (the "JMC 2600");

           D. the U.S.-flag barge named JMC 2601, Official No. 1239412 (the "JMC 2601" and together with the JMC 3010, the JMC 3011, and the JMC 2600, the "U.S.-Flag Barges"),

and shall immediately further instruct all such payors of funds pursuant to any mortgage related thereto that all payments shall be redirected to WM Capital Partners pursuant to said wiring instructions.

      2. Defendants shall immediately pay to WM Capital Partners, by wiring instructions to be provided by WM Capital Partners, all proceeds in its possession, custody, or control that have been generated by the mortgages on the following vessel:

      A. The Vanuatu-flag barge named the MISS NORA, Official No. 2332, and shall immediately further instruct all such payors of funds pursuant to any mortgage related thereto that all payments shall be redirected to WM Capital Partners pursuant to said wiring instructions.

      3. Defendants shall immediately pay to WM Capital Partners, by wiring instructions to be provided by WM Capital Partners, all proceeds in its possession, custody, or control that have been generated by the charters of the following Vessels:

      A. BARGEHIRE 2008 between CEC, as owner, and Boskalis Westminster Contracting Ltd. – Dubai Branch, as charterer, dated January 25, 2023, for the JMC 2600 (the "JMC 2600 Charter");

      B. BARGEHIRE 2021 between CEC, as owner, and Astro Offshore Ship Management PTE Ltd., as charterer, dated July 14, 2022, for the JMC 2601 (the "JMC 2601 Charter");

      C. BARGEHIRE 2021 between CEC, as owner, and McDermott Middle East Inc., as charterer, dated March 4, 2022, for the JMC 3010 (the "JMC 3010 Charter");

      D. Charter Party Agreement CPA-051-2022 between CEC, as owner, and McDermott Arabia Company Limited, as charterer, dated December 1, 2022 (the "JMC 3011 Charter"); and

      E. BARGEHIRE 2008 between CEC and Heerema Marine Contractors Nederland SE, as charterer, dated August 24, 2022, for the MISS NORA (the "MISS NORA Charter" and together with the JMC 2600 Charter, the JMC 2601 Charter, the JMC 3010 Charter, and the JMC 3011 Charter, the "Charters"),

and shall immediately further instruct all such payors of funds pursuant to any charters related thereto that all payments shall be redirected to WM Capital Partners pursuant to said wiring instructions.

      4. Defendants shall report to the Court on a monthly basis on the amount of such funds turned over pursuant to this Order until the resolution of this action.

5. Plaintiff WM Capital Partners shall, within 21 days of this Order, engage a reputable commercial ship brokerage firm. The brokerage shall, 14 days thereafter, submit a detailed plan to this Court though WM Capital Partners that provides for:

    A. The form and plan of notice of the sale to parties with an interest in the vessels pursuant to Mass. UCC § 9-609,

    B. The retention by WM Capital Partners of an escrow agent to hold title to the vessels during the marketing and sale process,

    C. A plan to:

        (1) market the vessels;

        (2) coordinate inspections of the vessels by interested parties;

        (3) coordinate the solicitation of bids for the vessels; and

        (4) conduct an auction in Boston at a time, place, and manner approved by the Court and in accordance with the requirements of the Uniform Commercial Code.

6. The Court shall hold an evidentiary hearing on July 24, 2024, concerning the proposed sale process and preliminary approval thereof.

7. Upon order of the Court following preliminary approval, Defendants shall surrender title to the escrow agent and to make the vessels available for inspection by interested parties upon reasonable request.

8. Following surrender of title of the vessels to the escrow agent, WM Capital Partners shall:

    A. deliver notice to all interested parties in the form and manner approved by the Court; and

    B. conduct a marketing and solicitation process for the Vessels through its commercial shipbroker for a period of not less than 60 days.

9. At the conclusion of this marketing and sale process, WM Capital Partners, again through its commercial shipbroker agent, shall conduct a UCC auction in Boston, Massachusetts, and select one or more successful bids. The final sale of such auction will be contingent on the Court approving on a final basis that the sale was conducted in a commercially reasonable manner.

10. Shortly following the auction, the Court shall conduct a hearing for WM Capital Partners to report the results of the auction and for the Court to:

    A. make findings regarding whether the sale process was commercially reasonable; and

    B. approving the auction sale on a final basis.

    11. Following final Court approval, the escrow agent shall then receive the funds from any successful bidder and disburse them in the priority order specified in the Massachusetts Uniform Commercial Code and the Bankruptcy Plan at ECF No.1158 of Bkr. D. Mass. Case No. 17-12205.

**So Ordered.**

                                        /s/ F. Dennis Saylor IV
                                        F. Dennis Saylor IV
                                        Chief Judge, United States District Court

Dated: June 12, 2024